UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CAROLYN & WILLIAM LANGEVIN

VERSUS

WAL-MART STORES, INC.

CIVIL ACTION

NUMBER 06-869-SCR

### JUDGMENT

Judgment is hereby rendered in favor of defendant Wal-Mart Stores, Inc., and against plaintiffs Carolyn and William Langevin, dismissing the plaintiffs' claims with prejudice.

Costs allowed under 28 U.S.C. § 1920 shall be taxed by the clerk of court in favor of the defendant and against the plaintiffs in accordance with the applicable provisions of Uniform Louisiana Local Rule 54.

Baton Rouge, Louisiana, November 5, 2007.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

Notice sent to: DG